J. HERMON McLEAR, Respondent, v. JOSEPH BALMAT and Others, Appellants.— Motion for reargument denied. Motions for leave to appeal to the Court of Appeals granted. Van Kirk, J., not sitting.

BORDEN H. MILLS, as Trustee in Bankruptcy of the PLAYTHINGS CORPORATION, Bankrupt, Respondent, v. D. HARRY FRIEDMAN, Appellant.— Motion denied.

HARRIET E. OSTRANDER v. GEORGE N. OSTRANDER.— Order entered.

AARON POCKROSE and Others, Respondents, v. ISRAEL SHAPIRO, Appellant.—Motion granted, unless appellant within twenty days files and serves printed case on appeal and pays ten dollars costs of this motion, in which case motion is denied, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK W. PARSONS, Appellant.— Order resettled so as to provide that the reversal is for errors of law only, and not for errors or questions of fact, or as a matter of discretion.

ELIZA J. PELLS, Respondent, v. CARL KATZENSTEIN, Appellant.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARTHA E. STILES, Respondent, v. PATRICK HARVEY, as Sole Trustee of School District No. 10, Town of Altona, County of Clinton, State of New York, Appellant.— Order unanimously affirmed, with fifty dollars costs and disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORACE M. HICKS, Respondent, v. THERON AKIN, as Mayor of the City of Amsterdam, N. Y., Appellant.— Order unanimously affirmed, with costs. Van Kirk, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMELO MOLINO, Appellant.— Judgment of conviction reversed, and a new trial granted, on the ground that errors of law were committed by the court in the admission of evidence. All concur.

HELEN READE, Appellant, v. WILLIAM J. HALPIN and Others, Respondents.— Motion denied.

SPRINGFIELD BREWERIES COMPANY, Respondent, v. DEWEY MILLER and VIRGINIA L. MARTIN, Appellants.— Motion granted, unless appellant within twenty days files and serves printed case on appeal and pays ten dollars costs of this motion, in which case motion is denied, without costs.

CORNELIUS F. TIERNEY, Individually and as Administrator, etc., of MARY E. TIERNEY, Deceased, Respondent, v. GEORGE W. PERKINS, as President of the CIGARMAKERS' INTERNATIONAL UNION OF AMERICA, Appellant.— Motion granted.

MATHEW B. TARBELL, Respondent, v. CHARLES L. BANKS, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur, except Kiley, J., dissenting.

MARGUERITE A. VALLIERE, as Administratrix, etc., of JOSEPH VALLIERE,